# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02284-BNB

EARL CROWNHART,

Applicant,

v.

LARRY REID, Warden, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

Respondents.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC -2 2008

GREGORY C. LANGHAM
CLERK

---

## MINUTE ORDER

---

### ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

On November 21, 2008, Plaintiff submitted to the Court a pleading titled, "Motion to File Compelling Responce [sic] . . . ," (Doc. No.18). The pleading is not a motion, it is a Reply to the Court's November 13, 2008, Order directing Respondents to file a Pre-answer Response and Applicant to file a Reply if he desires.

Dated: December 2, 2008

---

Copies of this Minute Order mailed on December 2, 2008, to the following:

Earl Crownhart
Prisoner No. 113771
San Carlos Corr. Facility
1410 W. 13th Street
PO Box 3
Pueblo, CO 81003

_____
Secretary/Deputy Clerk