IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02284-ZLW

EARL CROWNHART,

Applicant,

v.

LARRY REID, Warden, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

Respondents.

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

On January 9, 2009, Applicant filed a uncomprehensible pleading that appears to be titled "Motion Attachment Final Judgement [sic]," (Doc. No. 21). The instant action was dismissed on January 7, 2009. The Motion does not challenge the January 7, 2009, dismissal and appears to be a supplement to either Applicant's Reply or Application. Therefore, the Motion is DENIED as inappropriate.

Dated: January 9, 2009

---

Copies of this Minute Order mailed on January 9, 2009, to the following:

Earl Crownhart
Prisoner No. 113771
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

John J. Fuerst
Senior Assistant Attorney General
**DELIVERED ELECTRONICALLY**

Secretary/Deputy Clerk

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN -9 2009

GREGORY C. LANGHAM
CLERK